IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| EARL CHARLES MARTIN JR. | § | |
| v. | § | CIVIL ACTION NO. 6:18cv46 |
| LORIE DAVIS, ET AL. | § | |

## ORDER DENYING MOTION FOR CLASS CERTIFICATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the Plaintiff's motion for intervention and for class certification should be denied. No objections were filed to the Report.

The court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the Plaintiff's motion for intervention and class certification (docket no. 13) is **DENIED**.

**SIGNED** this the 13th day of February, 2019.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE